[Criminal No. 741. Filed October 15, 1931.]

[3 Pac. (2d) 987.]

STATE, Appellant, v. B. T. PERRY, Respondent.

The Attorney General, for the State.

Messrs. Armstrong, Kramer, Morrison & Roche, for Respondent.

PER CURIAM.—This case involves the validity and constitutionality of the current wage statute (sec. 1350, Rev. Code 1928), and is controlled by the decision in case No. 761, *State* v. *Jay J. Garfield Building Co.*, *ante*, p. 45, 3 Pac. (2d) 983, just decided.

The judgment is affirmed.